**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025**

**ANDREY TER-KARAPETYANTS**, Individually, as Personal Representative of the Estate of **OLIVIA EVE TER**, deceased, and on behalf of all Surviving Beneficiaries, as well as Parent and Natural Guardian of **A.V.T.**,

Plaintiff,

-v.-

AMERICAN AIRLINES INC.
1 Skyview Dr.
Fort Worth, TX 76155

PSA AIRLINES, INC.
1 Terminal Dr.
Middletown, PA 17057

UNITED STATES OF AMERICA,
Todd Blanche, in his official capacity as
Acting U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530-0001

Defendants.

Lead Case No: 1:25-cv-03382-ACR

**SHORT FORM COMPLAINT**

Plaintiff ANDREY TER-KARAPETYANTS, Individually, as Personal Representative of the Estate of OLIVIA EVE TER, deceased, and on behalf of all Surviving Beneficiaries, as well as Parent and Natural Guardian of A.V.T., respectfully alleges as follows:

1. Plaintiff refers to and incorporates by reference the First Amended Master Complaint, and any and all later amendments thereto, filed in IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., ON JAN. 29, 2025, as though fully set forth herein. Plaintiff adopts the First Amended Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint, First Amended Master Complaint, and any subsequent amendments thereto.

2. Plaintiff adopts each of the general allegations of the First Amended Master Complaint except for those paragraph numbers set for here, if any: N/A.

**CLAIMS AGAINST DEFENDANTS**

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the First Amended Master Complaint checked below:

☒ AMERICAN AIRLINES, INC.

☒ PSA AIRLINES, INC.

☒ UNITED STATES OF AMERICA

4. Plaintiff incorporates by reference each of the Causes of Action in the First Amended Master Complaint checked below:

*As against AMERICAN AIRLINES, INC.:*

☒ First Cause of Action for Wrongful Death Based Upon Negligence

☒ Second Cause of Action for Survival Based Upon Negligence

*As against PSA AIRLINES, INC.:*

☒ Third Cause of Action for Wrongful Death Based Upon Negligence

☒ Fourth Cause of Action for Survival Based Upon Negligence

*As against UNITED STATES OF AMERICA:*

☒ Fifth Cause of Action for Wrongful Death Based Upon Negligence

☒ Sixth Cause of Action for Survival Based Upon Negligence

**PLAINTIFF'S INFORMATION:**

5. Decedent, OLIVIA EVE TER, is an individual who was killed in the crash of American Eagle Flight 5342 ("AE 5342") on January 29, 2025.

6. OLIVIA EVE TER resided in Virginia.

7. Plaintiff ANDREY TER-KARAPETYANTS is a resident of Virginia and was the father of OLIVIA EVE TER, deceased.

8. Plaintiff ANDREY TER-KARAPETYANTS brings this lawsuit individually on his own behalf, as Personal Representative of the Estate of OLIVIA EVE TER, and on behalf of all surviving beneficiaries.

9. On or about October 30, 2025, the Circuit Court of Fairfax County, Viriginia, issued an order appointing ANDREY TER-KARAPETYANTS as Personal Representative of the Estate of OLIVIA EVE TER. Therefore, he has standing to assert both wrongful death and survival claims on behalf of all beneficiaries of OLIVIA EVE TER and brings this lawsuit in his representative capacity.

**PLAINTIFF'S ADMINISTRATIVE CLAIM**

10. On or about February 4, 2026, Plaintiff ANDREY TER-KARAPETYANTS, on behalf of himself and the Estate of OLIVIA EVE TER, deceased, and on behalf of all surviving beneficiaries, as well as all individual claimants, served their initial administrative claims upon the FAA.

11. On or about February 4, 2026, Plaintiff ANDREY TER-KARAPETYANTS, on behalf of himself and the Estate of OLIVIA EVE TER, deceased, and on behalf of all surviving beneficiaries, as well as all individual claimants, served their initial administrative claims upon the United States Army ("Army").

12. The USA:

☐ did not serve any formal response either accepting or denying any of the aforementioned claims within six months of filing, as set forth in 28 U.S.C. § 2675(a). This therefore constitutes a final denial of the claims entitling Plaintiff to file this complaint pursuant to 28 U.S.C. § 2675(a).

and/or

☒ the FAA denied Plaintiff's claims on June 4, 2026 on behalf of both the FAA and United States Army ("Army").

**PLAINTIFF'S DAMAGES**

13. Plaintiff requests all available wrongful death and survival economic and non-economic damages in an amount according to proof at trial, including but not limited to the following:

☒ DECEDENT's unusual G-forces, physical injuries, conscious pain and suffering, mental anguish, emotional distress, fear of impending death, and other injuries and damages that ultimately caused his/her death;

☒ the loss of the gross earning power of the DECEDENT;

☒ the loss of the full value of the life of the DECEDENT;

☒ loss of the parental and/or familial relationship arising from the death of the DECEDENT;

☒ the loss of financial support and contribution of the DECEDENT;

☒ loss of services;

☒ loss of inheritance;

☒ loss of accumulations;

☒ full pecuniary loss of the DECEDENT;

☒ loss of past and future income, support, society, love, grief, consortium, solatium, services, guidance, care, comfort, and companionship of the DECEDENT;

☒ loss of life's pleasures;

☒ loss of enjoyment of life of the DECEDENT;

☒ mental anguish and mental pain and suffering that the heirs, beneficiaries and distributees of the DECEDENT's Estate were caused to incur;

☒ other necessary and reasonable expenses as a result of the DECEDENT's death;

☒ attorneys' fees, costs and other damages permitted under applicable laws;

☒ pre- and post-judgment interest on all damages as allowed by law;

☒ all costs of suit herein;

☒ such other and further relief as the Court shall deem just and proper;

☒ Other (specify):

## ADDITIONAL ALLEGATIONS, IF ANY

14. At the time of her death, Decedent OLIVIA TER was 12 years-old. She was a middle school student and competitive figure skater with a very bright future ahead of her. Olivia was a gifted athlete, who had excelled in tennis and softball, with coaches actively working to recruit her. During the COVID pandemic, however, she fell in love with ice skating and began intensive training, which paid dividends. Soon she was executing triple jumps and maneuvers usually only achieved by older skaters. Under the training of a team of coaches including a former Olympian, she quickly excelled in competitive ice-skating, and was invited to the US Figure Skating National Development Camp in Wichita Kansas. In addition to being a talented athlete, OLIVIA was a loving, daughter and sister who dedicated herself to everything she did. She was an accomplished student who excelled in school. She was also beloved by her family and friends who prized her intellect and sense of humor that included a love of practical jokes.

OLIVIA is survived by her father, Plaintiff ANDREY TER-KARAPETYANTS, and her minor sibling A.V.T., who will carry the weight of her absence for the rest of their lives.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: June 5, 2026

**KREINDLER & KREINDLER LLP**

By: */s/ Vincent C. Lesch*
Brian J. Alexander
(Bar ID: NY0679)
Justin T. Green
(Bar ID: NY0692)
Anthony Tarricone
(Bar ID: 492480)
Daniel O. Rose
(applicant *pro hac vice*)
Erin R. Applebaum
(Applicant *pro hac vice*)
Vincent C. Lesch
(Bar ID: NY0675)
Evan Katin-Borland
(Bar ID: NY0674)
485 Lexington Avenue, 28th Floor
New York, New York 10017
(212) 687-8181
balexander@kreindler.com
jgreen@kreindler.com
atarricone@kreindler.com
drose@kreindler.com
vlesch@kreindler.com
ekatinborland@kreindler.com
eapplebaum@kreindler.com